

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00126-CR

Terrell **BUSH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 14-01-00046-CRW
Honorable Stella Saxon, Judge Presiding

# O R D E R

The Joint Motion for Additional Time to Submit Findings of Fact and Conclusions of Law is GRANTED. Time is extended to December 13, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
Keith E. Hottle
Clerk of Court